TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------X
GURVINDER SINGH,
*on his own behalf and on behalf of others similarly situated*

                          Plaintiff,

          v.

A&H LOGISTICS CORP.
ABDELRAHMAN ADBELHAMID
   a/k/a Abdel Rahman

                         Defendants.
-----------------------------------------------------------X

**Case No. <u>23-cv-04386-RMB-SAK</u>**

**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Aaron B. Schweitzer, sworn to on April 25, 2024, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the District of New Jersey, located at the Mitchen H. Cohen Building & U.S. Courthouse located at 400 Cooper Street Camden, NJ 08102, before the Sharon A. King on the 16th day of May, 2024, at 09:00 am for an Order granting default judgment as to defendants A&H Logistics Corp and Abdelrahman Abdelhamid a/k/a Abdel Rahman (Collectively referred to as "Defendants") pursuant to Fed. R. Civ. P 55(b)(2).

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b) of the United States District Court for the District of New Jersey, answering papers, if any, are to be served to

the undersigned no later than fourteen (14) days prior to the return date of the within motion once set by the court.

Dated: April 25, 2024
       Flushing, New York

                         TROY LAW, PLLC

                         /s/ Aaron B Schweitzer
                         Aaron B Schweitzer
                         *Attorney for Plaintiff*

To:
A&H Logsitics Corp.
403 Old Town Circle East Cherry Hill, NJ 08034


Abdelrahman Abdelhamid a/k/a Abdel Rahman
403 Old Town Circle East Cherry Hill, NJ 08034