THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **GURVINDER SINGH,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**A&H LOGISTICS CORP. et al.,**<br><br>            **Defendants.** | Civil No. 23-4386 (RMB/SAK) |

## ORDER ADMINISTRATIVELY TERMINATING THE ACTION

The Court having previously scheduled an evidentiary hearing for January 7, 2025 to obtain testimony from Plaintiff in support of his claims for wage loss and other damages, *see* ECF No. 17; and the Court having issued multiple Orders modifying the date of the hearing as a result of Plaintiff's inability to appear for scheduled hearings, *see* ECF Nos. 20, 27, 32; and Plaintiff's counsel having advised that Plaintiff was confined at different times in multiple detention facilities; *see* ECF Nos. 19, 30, 31; and Plaintiff's counsel having further advised that Plaintiff is currently in the custody of the United States Immigration and Customs Enforcement, *see* ECF No. 31; and Plaintiff's counsel having advised that numerous attempts to make Plaintiff available for a virtual hearing while incarcerated, have been wholly unsuccessful, *see* ECF Nos. 34, 36; and the Court finding that this action is unable to proceed without relevant damages testimony and other evidence from Plaintiff; and the Court further finding the administrative termination of this action pending Plaintiff's ability to make himself available for an evidentiary hearing is appropriate and in the interest of judicial economy; and for other good cause;

**IT IS** this **18th** day of **July**, 2025, hereby:

**ORDERED** that this action is **ADMINISTRATIVELY TERMINATED** pending Plaintiff's ability to make himself available for an evidentiary hearing to substantiate his claimed damages; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that Plaintiff's counsel shall file a joint status report every forty-five (45) days beginning on **September 3, 2025,** advising of the status of Plaintiff's ability to provide testimony and other evidence in support of his claims for damages; and it is further

**ORDERED** that to the extent Plaintiff is unable to be present in the United States to provide the requisite testimony, Plaintiff shall petition the Court for leave to appear remotely pursuant to Federal Rule of Civil Procedure 43(a).

s/ Sharon A. King  
SHARON A. KING  
United States Magistrate Judge

cc:  Hon. Renée Marie Bumb, Chief Judge